**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-264-RBD-RMN
    18 U.S.C. § 371
JOSE JAVIER CORCHADO MONTANEZ   18 U.S.C. § 922(a)(5)
JOSEPH ALFREDO BONANO AVILES    18 U.S.C. § 922(a)(1)(A)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Transfer Firearms Out of State)

**A.  Introduction**

At times material to this Indictment:

1. JOSE JAVIER CORCHADO MONTANEZ was a resident of the Middle District of Florida.

2. JOSE JAVIER CORCHADO MONTANEZ was not a licensed importer, licensed manufacturer, or licensed dealer within the meaning of Chapter 44, Title 18, United States Code.

3. JOSEPH ALFREDO BONANO AVILES was a resident of Puerto Rico.

4. JOSEPH ALFREDO BONANO AVILES was not a licensed importer, licensed manufacturer, or licensed dealer within the meaning of Chapter 44, Title 18, United States Code.

### B. The Scheme and Artifice

3. From a date unknown to the Grand Jury, but beginning no later than in or about September 2021, and continuing until at least in or about November 2021, in the Middle District of Florida, and elsewhere,

**JOSE JAVIER CORCHADO MONTANEZ,**
and
**JOSEPH ALFREDO BONANO AVILES,**

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree to commit the following offenses:

(a) the defendant, **JOSE JAVIER CORCHADO MONTANEZ**, who is not a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did conspire to willfully transfer, sell, give, transport, and deliver a firearm to another person, **JOSEPH ALFREDO BONANO AVILES**, who is not a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that **JOSEPH ALFREDO BONANO AVILES** was not then residing in the State of Florida, the State in which **JOSE JAVIER CORCHADO MONTANEZ** was residing at the time of the aforesaid transfer, sale, giving, transportation, and delivery of the firearm.

In violation of 18 U.S.C. § 922(a)(5).

## C. Manner and Means of the Conspiracy

5. The manner and means of the conspiracy included the following:

   a. It was part of the conspiracy that JOSE JAVIER CORCHADO MONTANEZ would and did purchase and obtain firearms for the purpose of selling them.

   b. It was further a part of the conspiracy that JOSE JAVIER CORCHADO MONTANEZ and JOSEPH ALFREDO BONANO AVILES would and did exchange messages on WhatsApp in which they discussed the sale and transportation of firearms from the Middle District of Florida to JOSEPH ALFREDO BONANO AVILES, who was residing in Puerto Rico.

   c. It was further a part of the conspiracy that JOSE JAVIER CORCHADO MONTANEZ would and did send images of firearms he purchased to JOSEPH ALFREDO BONANO AVILES.

   d. It was further a part of the conspiracy that JOSEPH ALFREDO BONANO AVILES would and did send JOSE JAVIER CORCHADO MONTANEZ his address in Puerto Rico for the purpose of transporting firearms to Puerto Rico.

   e. It was further part of the conspiracy that JOSE JAVIER CORCHADO MONTANEZ would and did send images of United States Postal receipts containing tracking numbers to JOSEPH ALFREDO BONANO AVILES.

  f. It was further a part of the conspiracy that JOSEPH ALFREDO BONANO AVILES would and did indicate to JOSE JAVIER CORCHADO MONTANEZ that he was intending to sell these firearms upon receipt on at least one occasion.

### D. Overt Acts

6. In furtherance of and to affect the objectives of the conspiracy, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

  a. On or about September 27, 2021, JOSE JAVIER CORCHADO MONTANEZ purchased a Glock 27 firearm, a Glock 26 firearm, and a Glock 23, which he took possession of on or about September 30, 2021.

  b. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ sent an image of a black Glock 27 style firearm to JOSEPH ALFREDO BONANO AVILES.

  c. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ sent an image of a patterned Glock 26 style firearm to JOSEPH ALFREDO BONANO AVILES.

  d. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ sent an image of a patterned Glock 23 style firearm to JOSEPH ALFREDO BONANO AVILES.

e. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ and JOSEPH ALFREDO BONANO AVILES discussed selling the firearms to others.

f. On or about September 30, 2021, JOSEPH ALFREDO BONANO AVILES sent a WhatsApp message to JOSE JAVIER CORCHADO MONTANEZ that contained an image of a postal box with an address for "JOSEPH ALFREDO BONANO AVILES" in Puerto Rico.

g. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image United States postal receipt dated October 1, 2021, indicating that a package with a tracking number ending in 8434 00 was sent from a post office in Kissimmee, Florida to San Juan, Puerto Rico.

h. On or about September 30, 2021, JOSE JAVIER CORCHADO MONTANEZ purchased a Glock 19X firearm and a Glock 22 firearm, which he took possession of on or about October 5, 2021.

i. On or about October 6, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 22 style firearm.

j. On or about October 6, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a tan Glock 19X style firearm. In response, JOSEPH ALFREDO BONANO AVILES sent JOSE JAVIER CORCHADO MONTANEZ an audio message, indicating that these firearms were sold.

k. On or about October 26, 2021, JOSE JAVIER CORCHADO MONTANEZ purchased a Glock 19 Gen firearm, a Glock 19X firearms, and a Glock 22 Gen 5 firearm, which he took possession of on or about October 29, 2021.

l. On or about October 29, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 22 style firearm.

m. On or about October 29, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a tan Glock 19 X style firearm.

n. On or about October 29, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 19 style firearm.

o. On or about October 29, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image United States Postal receipt dated October 29, 2021 indicating a package with a tracking number ending in 6278 04 was sent from a post office in Davenport, Florida to San Juan, Puerto Rico.

   p. On or about November 17, 2021, JOSE JAVIER CORCHADO MONTANEZ purchased a Glock 19M firearm, a Glock 23 Gen 5 firearm, and a Glock 27 Gen 5 firearm, which he took possession of on or about November 22, 2021.

   q. On or about November 22, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 27 style firearm.

   r. On or about November 22, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 23 style firearm.

   s. On or about November 22, 2021, JOSE JAVIER CORCHADO MONTANEZ sent a WhatsApp message to JOSEPH ALFREDO BONANO AVILES containing an image of a black Glock 19M style firearm.

   All in violation of 18 U.S.C. § 371.

## COUNT TWO
## (Interstate Transportation of Firearms)

Beginning on an unknown date to the Grand Jury, but by at least in or about September 2021, and continuing through in or about November 2021 in the Middle District of Florida, and elsewhere,

**JOSE JAVIER CORCHADO MONTANEZ,**

the defendant herein, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, give, transport, deliver a firearm, to another person, said person not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Florida, the State in which the defendant was residing at the time of the aforesaid transfer, sale, giving, transportation, and delivery of the firearm.

In violation of 18 U.S.C. §§ 922(a)(5), 924(a)(1)(D) and 2.

## COUNT THREE
## (Engaging in the Business of Selling Firearms Without a License)

Beginning in or about October 2020 and continuing through at least in or about July 2022, in the Middle District of Florida, and elsewhere the defendant,

**JOSE JAVIER CORCHADO MONTANEZ,**

did willfully engage in the business of dealing in firearms without a license.

In violation of 18 U.S.C. §§ 922(a)(1)(A), and 924(a)(1)(D).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a conspiracy to violate 18 U.S.C. § 922, in violation of 18 U.S.C. § 371, or upon conviction of a violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Amanda S. Daniels
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

11

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSE JAVIER CORCHADO MONTANEZ
JOSEPH ALFREDO BONANO AVILES

## INDICTMENT

Violation:

18 U.S.C. § 371
18 U.S.C. § 922(a)(5)
18 U.S.C. § 922(a)(1)(A)

A true bill

_____
Foreperson

Filed in open court this 23rd day of October, 2024.

_____
Clerk

Bail $_____